

# Operative Plasterers and Cement Masons International Association

## Local No. 3

Phone: 314-894-2345  
Fax: 314-894-1923

4656 Baumgartner Road  
St. Louis, Missouri 63129

## Signature Page

### Plasterers' Local #3 Contract

### Effective July 1, 2004 - June 30, 2009

_Gateway Panel, Inc._
(Name of Company)

_3300 Damewood_
_St. Charles, Mo. 63301_
(Address)

_636-949_
(Phone)

_Jerry Schierbin_
(Officer Name) (Please Print)

_[signature]_
(Officer Signature)

Date: _3/18/09_

_[signature] John Davis_
(Business Manager Local No. 3)

Date: _3-18-09_

30